## The People on the relation of Christopher R. Mabley and another v. The Judge of the Superior Court of Detroit.

*Remedy: Irregularities: Judicial action: Mandamus: Error.* Mandamus will not lie to review irregularities in the judicial action of an inferior court; error, and not *mandamus*, is the proper remedy.

*Heard and decided June 8.*

Application for *Mandamus.*

*George H. Prentis*, for relators, applied, *ex parte*, for an order to show cause.   The petition prayed for a writ of *mandamus* to require the respondent to set aside a judgment in garnishee proceedings on the ground of irregularities.

THE COURT held that the purpose sought by the petition was in legal effect to review on *mandamus* irregularities in the judicial action of the superior court, and that the proper remedy was error, and not *mandamus*.

Order to show cause denied.